FILED

07/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0247

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0247


DANIEL BRIAN BURKE,

    Appellant/Defendant,

v.

BILLY ANN MERILA,
    Appellee/Plaintiff.

---

## ORDER

---

UPON MOTION of the Appellant, with no objection from the Appellee,

and with good cause appearing;

IT IS HEREBY ORDERED that the deadline for the filing of

Appellant's Opening Brief is extended, with the new deadline for filing being

August 11, 2023.

*Order for Extension of Time - page 1 of 1*

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 12 2023